UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        CASE NO.: 21-00350

                                             HON. ROBIN M. MERRIWEATHER

JERAMIAH CAPLINGER,

        Defendant.
_____/

## **APPEARANCE**

To:    Clerk of the Court and All Parties of Record:

        Enter my appearance as Counsel in the case for Defendant.

        I certify that I am admitted to practice in the Court.

                                        Respectfully submitted,

                                        **FEDERAL COMMUNITY DEFENDER**

                                        s/James R. Gerometta
                                        Assistant Federal Defender
                                        613 Abbott Street, Suite 500
                                        Detroit, MI 48226
                                        Phone: 313-967-5839
                                        E-mail: james_gerometta@fd.org
                                        P60260

Dated:  April 27, 2021

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                       CASE NO.: 21-00350

                                       HON. ROBIN M. MERRIWEATHER

JERAMIAH CAPLINGER,

        Defendant.
_____/

## CERTIFICATE OF SERVICE

    I, hereby certify that on April 27, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

                                        **FEDERAL COMMUNITY DEFENDER**

                                        s/James R. Gerometta
                                        Assistant Federal Defender
                                        613 Abbott Street, Suite 500
                                        Detroit, MI 48226
                                        Phone: 313-967-5839
                                        E-mail: james_gerometta@fd.org
                                        P60260

Dated:  April 27, 2021